```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,           ) Case No. 2-14-cr-00041-JCM-PAL
      Plaintiff,                   )
  vs.                               )
MIGUEL AVILA (1),                   )
      Defendant.                   ) **ORDER TEMPORARILY UNSEALING**
_____) **TRANSCRIPT**

On 2/28/2014, Katherine Eismann, Official Reporter, received a Transcript Order from Caitlin Knowlton, U.S. Department of Justice, requesting a transcript of the sealed hearing 2/25/2014 in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Caitlin Knowlton.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 28th day of February 2014.

                                         _____
                                         JAMES C. MAHAN
                                         United States District Court Judge