UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-41 JCM (PAL) |
|---|---|
| Plaintiff(s), | SEALED ORDER |
| v. | |
| MIGUEL AVILA, et al., | |
| Defendant(s). | |

The calendar call currently set for May 18, 2015, in this case is hereby canceled. The sentencing hearing for defendant Miguel Avila is hereby set for May 22, 2015, at 10:00 am in Courtroom 6A.

DATED April 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**