UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-41 JCM (PAL) |
|---|---|
| Plaintiff(s), | SEALED ORDER |
| v. | |
| MIGUEL AVILA, et al., | |
| Defendant(s). | |

Presently before the court is defendant Miguel Avila's sealed emergency motion to continue sentencing. (Doc. # 24).

On February 25, 2014, defendant Avila entered a plea of guilty to one count of conspiracy to commit wire and mail fraud, in violation of 18 U.S.C. § 1349. (Docs. ## 6, 7). Defendant is scheduled for sentencing on Friday, May 22, 2015. (Doc. # 23).

Defendant currently resides in Wisconsin under pretrial services supervision. On April 13, 2015, defendant's mother passed away. (Doc. # 24). Defendant's mother rented the same residence for 43 years. (*Id.*). The landlord has given defendant and his sister until June 13, 2015, to clear the premises of his mother's personal possessions. (*Id.*).

Further, defendant states that his only source of income is through participation in medical studies as a test subject. (*Id.*). Defendant was scheduled to begin a study on May 26, 2015, that would pay him over $5,000. (*Id.*). The testing facility rescheduled the medical trial to start on May 14, 2015, and continue through June 12, 2015. (*Id.*). Counsel requests that defendant's sentencing be moved to a date convenient to the court on or after June 13, 2015. (*Id.*).

Counsel contacted the government to propose a stipulation to move defendant's sentencing date. (*Id.*). The government declined to agree to a continuance, because government counsel is

**James C. Mahan**
**U.S. District Judge**

traveling for all the sentencings for the home owners' association cases. (*Id.*). Defendant asserts that the government is scheduled for related sentencings already on June 16, 2015, June 17, 2015, July 20, 2015, August 3, 2015, and August 17, 2015. (*Id.*). Defendant is available on all of these dates. (*Id.*).

Based on the foregoing, the court finds it appropriate to grant defendant's motion. The court will reset the sentencing for Tuesday, June 16, 2015, at 10:30 am.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Miguel Avila's sealed emergency motion to continue sentencing, (doc. # 24), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the sentencing hearing currently set for Friday, May 22, 2015, at 10:00 am be, and the same hereby is, CONTINUED to Tuesday, June 16, 2015, at 10:30 am.

DATED May 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**