# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cr-00018-JCM-GWF |
| ) | |
| LEON BENZER, *et al.* ) | |
| ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:14-CR-041-JCM-PAL |
| ) | |
| v. ) | |
| ) | |
| MIGUEL AVILA ) | |
| ) | |
| Defendant. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cr-00113-JCM-VCF |
| ) | |
| ROSALIO ALCANTAR, *et al.* ) | |
| ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-cr-00336-JCM-GWF |
| ) | |
| MARY ANN WATTS ) | |
| ) | |
| Defendant. ) | |

|   | UNITED STATES OF AMERICA, | ) | |
|---|---|---|---|
| 1 | | ) | |
| 2 | Plaintiff, | ) | CASE NO. 2:11-cr-00339-LDG-GWF |
| | | ) | |
| 3 | v. | ) | |
| | | ) | |
| 4 | DEBORAH GENATO, | ) | |
| | | ) | |
| 5 | Defendant. | ) | |
| | | ) | |
| 6 | UNITED STATES OF AMERICA, | ) | |
| 7 | | ) | |
| | Plaintiff, | ) | CASE NO. 2:11-cr-00382-GMN-GWF |
| 8 | | ) | |
| | v. | ) | |
| 9 | | ) | |
| | DENISE KESER, | ) | **FINAL OMNIBUS RESTITUTION** |
| 10 | | ) | **ORDER** |
| 11 | Defendant. | ) | |

Based on findings made during the sentencings of the individual defendants enumerated below, the Court hereby enters the following order regarding restitution in the above-captioned cases.

The following defendants are ordered to pay up to the following dollar amounts, jointly and severally, as restitution to the Vistana Homeowners' Association and the Park Avenue Homeowners' Association. Of restitution payments received, 99.8% shall be directed to the Vistana HOA, and 0.2% shall be directed to the Park Avenue HOA, as is commensurate with their share of the restitution awards.

| Defendant Name | Case Number | Restitution Amount (Joint and Several Liability) |
|---|---|---|
| Alcantar, Rosalio | 2:12-cr-00113-JCM-VCF | $25,826.20 |
| Alvarez, Jose Luis | 2:13-cr-00018-JCM-GWF | $184,200.84 |
| Alvarez, Rudy | 2:13-cr-00018-JCM-GWF | $119,585.81 |
| Anderson, Ricky | 2:13-cr-00018-JCM-GWF | $41,642.49 |
| Avila, Miguel | 2:14-cr-00041-JCM-PAL | $21,000.00 |
| Benzer, Leon | 2:13-cr-00018-JCM-GWF | $12,228,913.40 |

2

| Bolten, Robert | 2:12-cr-00113-JCM-VCF | $135,932.36 |
| --- | --- | --- |
| Brown, Glenn | 2:12-cr-00113-JCM-VCF | $5,295.00 |
| Deluca, Michelle | 2:12-cr-00113-JCM-VCF | $10,000.00 |
| Genato, Deborah | 2:11-cr-00339-LDG-GWF | $30,000.00 |
| Gillespie, Edith | 2:13-cr-00018-JCM-GWF | $85,780.00 |
| Gregory, Keith | 2:13-cr-00018-JCM-GWF | $12,154,913.40[1] |
| Hawkins, Charles | 2:12-cr-00113-JCM-VCF | $147,884.00 |
| Hindiyeh, Sami | 2:12-cr-00113-JCM-VCF | $6,000.00 |
| Jones, Brian | 2:12-cr-00113-JCM-VCF | $10,000.00 |
| Keser, Denise | 2:11-cr-00382-GMN-GWF | $16,000.00 |
| Limon, Maria | 2:13-cr-00018-JCM-GWF | $24,000.00 |
| Mattingly, Morris | 2:12-cr-00113-JCM-VCF | $190,471.03 |
| McChesney, Charles | 2:13-cr-00018-JCM-GWF | $100,000.00 |
| Watts, Mary Ann | 2:11-cr-00336-JCM-GWF | $39,350.00 |
| Winkler, Jeanne | 2:12-cr-00113-JCM-GWF | $47,000.00 |

These funds should be directed to the following:

- Vistana HOA: Attn: Richard Haskin, 7450 Arroyo Crossing Parkway, Suite 270, Las Vegas, NV 89113
- Park Avenue HOA: Park Avenue Homeowners Association, c/o FirstService Residential, 8290 Arville Street, Las Vegas, NV 89139

In addition, once Defendant Leon Benzer has satisfied his mandatory restitution to the above-listed HOAs (or other defendants have paid the $12,228,913.40 he owes to those HOAs), Defendant Leon Benzer is hereby ordered to pay $1,165,186.81 in restitution to the United States Treasury, pursuant to the restitution award in *United States v. Benzer*, Case No. 2:13-cr-174-KJD-CWH. These funds should be directed to: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO 64108.

/

/

---

[1] The Court originally ordered Defendant Gregory to pay $12,604,913.40 in restitution. However, Defendant Gregory should have received a credit for the $450,000 paid to Silver Lining Construction but ultimately recovered by the Vistana HOA, and his restitution amount is hereby reduced by that amount.

3

1   **IT IS SO ORDERED.**
2   Dated: August 10, 2015
3
4
5
6              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26